UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL J. GAVIN (#9000116394)

VERSUS

RICHARD MOORE, ET AL

CIVIL ACTION

NO. 11-704-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

IT IS ORDERED that the plaintiff's action is dismissed as legally frivolous and for failure to state a claim upon which relief may be granted within the meaning of 28 U.S.C. § 1915(e).[3]

Baton Rouge, Louisiana, February 23, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 4.

[2] Rec. Doc. No. 5.

[3] The plaintiff is hereby placed on notice that 28 U.S.C. § 1915(g) provides that, "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

Doc#47724